✏ GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  5:14-CR-48-001(CAR) |
| **ARTHUR BROCK** | |

Arthur Brock has complied with the rules and regulations of supervised release; has met the criteria for early termination, as outlined in the Guide to Judiciary Policy, Volume 8, Part E (Post-Conviction Supervision) [Monograph 109], Chapter 3, as approved by the Administrative Office of the United States Courts; and is no longer in need of supervision. It is accordingly recommended that Arthur Brock be discharged from supervision.

Respectfully submitted,

Eugene L. Autry, II
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _13th_ day of _May_, 2025.

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE